JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT FOR CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MELODY PRICE, MARTIN TALLER; LAW OFFICES OF MARTIN TALLER,<br><br>　　　　Defendants.<br>―――――――――――――――<br>MELODY PRICE,<br><br>　　　　Cross-Complainant,<br><br>vs.<br><br>MARTIN TALLER; LAW OFFICES OF MARTIN TALLER,<br><br>　　　　Cross-Defendants.<br>―――――――――――――――<br>MARTIN TALLER,<br><br>　　　　Cross-Complainant,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF NORTH AMERICA; AND MELODY PRICE<br><br>　　　　Cross-Defendants. | Case No.: SACV07-728 DOC (MLGx)<br>[Related Case SACV 04-0121 DOC (MLGx)]<br><br>PROPOSED ORDER RE: STIPULATION BETWEEN UNUM LIFE INSURANCE COMPANY OF AMERICA AND MARTIN TALLER AND THE LAW OFFICES OF MARTIN TALLER TO REMAND THIS ACTION IN ITS ENTIRETY TO STATE COURT |

1

PROPOSED ORDER RE: STIPULATION BETWEEN UNUM LIFE INSURANCE COMPANY OF AMERICA AND MARTIN TALLER AND THE LAW OFFICES OF MARTIN TALLER TO REMAND THIS ACTION IN ITS ENTIRETY TO STATE COURT

1 | Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this
2 | action be remanded forthwith to the Superior Court for the State of California,
3 | Central District of Orange County.

5 | Dated: December 19, 2008

United States District Court Judge David O. Carter

2

PROPOSED ORDER RE: STIPULATION BETWEEN UNUM LIFE INSURANCE COMPANY OF AMERICA AND MARTIN TALLER AND THE LAW OFFICES OF MARTIN TALLER TO REMAND THIS ACTION IN ITS ENTIRETY TO STATE COURT

# NOTICE PARTY SERVICE LIST

Case No. SACV07-728 DOC(MLG)  Case Title Unum -v- Price, etal.

Title of Document  Order re: Stipulation to Remand

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |

| | |
|---|---|
| | Statistics Clerk |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

[X] **ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name: Orange County Superior Court

Firm:

Address (include suite or floor):

700 Civil Center West
Santa Ana CA 92701

*E-mail:

*Fax No.:

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |

Initials of Deputy Clerk