**JS-6**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 26 2010
SDM

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT FO CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MELODY PRICE, MARTIN TALLER; LAW OFFICES OF MARTIN TALLER,<br><br>　　　　Defendants.<br>MELODY PRICE,<br><br>　　　　Cross-Complainant,<br><br>　vs.<br><br>MARTIN TALLER; LAW OFFICES OF MARTIN TALLER,<br><br>　　　　Cross-Defendants.<br>MARTIN TALLER,<br><br>　　　　Cross-Complainant,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF NORTH AMERICA; AND MELODY PRICE<br><br>　　　　Cross-Defendants. | Case No.:  SACV07-728 DOC (MLGx)<br>[Related Case SACV 04-0121 DOC (MLGx)]<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE IN ITS ENTIRETY** |

1

1 **IT IS HEREBY ORDERED AND DECREED:**

2   That based on the agreed upon Stipulation of the parties, Plaintiff UNUM
3 LIFE INSURANCE COMPANY OF AMERICA (hereinafter referred to as
4 "UNUM"), hereby dismisses, with prejudice its pending complaint against
5 Defendant MELODY PRICE and Defendants/Cross-Complainants MARTIN
6 TALLER and THE LAW OFFICES OF MARTIN TALLER (hereinafter
7 collectively referred to as, "TALLER"), in this instant action.

8   **IT IS FURTHER ORDERED,** based on the agreed upon Stipulation of the
9 parties, TALLER hereby dismisses, with prejudice his pending cross-complainant
10 against UNUM in this instant matter.

11   Accordingly, the status conference set for May 19, 2010 is vacated.

12
13 DATED: <u>March 26, 2010</u>

14   _____
15   United States District Court Judge David O. Carter